UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:23-cv-05939-JLS-BFM                              Date: March 10, 2025
Title: Marco Marini v. Hilton Worldwide Holdings Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                              Not Present

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

On September 26, 2023, the Court granted the parties' stipulation to stay this mater pending arbitration and ordered the parties to file a status report at the earlier of six months from the date of the Order or within ten days of completion of arbitration. (Order Granting Stipulation Re Arbitration, Doc. 14.) On March 26, 2024, the parties filed a status report indicating that "arbitration [was] scheduled for February 18-20, 2025" and that the parties would "provide a further status within 10 days of completion of the arbitration proceedings, or as otherwise ordered by the Court." (Status Report, Doc. 15.) To date, the docket reflects that no status report has since been filed.

Accordingly, the Court ORDERS the parties to show cause within **five (5) days** of the date of this Order as to why this case should not be dismissed. A timely filed stipulation for dismissal will be deemed an adequate response.

Initials of Deputy Clerk:  kd